```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 14404
    MICHAEL HERBST
    KELLY HERBST                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2098    SSN XXX-XX-9236


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/09/2007 and was not confirmed.

    The case was transferred to Glenn Stearns, Trustee on 08/31/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
FORD MOTOR CREDIT          UNSECURED          9282.55          .00          .00
CAPITAL ONE                UNSECURED          1381.72          .00          .00
FIRST FEDERAL S & L        CURRENT MORTG         .00           .00          .00
FIRST FEDERAL S & L        MORTGAGE ARRE      3596.15          .00          .00
METROPOLITAN CAPITAL BAN   CURRENT MORTG         .00           .00          .00
TOWNES OF KIPLING ESTATE   SECURED            2378.00          .00          .00
WILL COUNTY TREASURER      SECURED            3985.00          .00          .00
BEST BUY                   UNSECURED         NOT FILED         .00          .00
CAPITAL ONE                UNSECURED         NOT FILED         .00          .00
CITI CARDS                 UNSECURED         NOT FILED         .00          .00
CITI CARD                  NOTICE ONLY       NOT FILED         .00          .00
DIRECT MERCHANTS BANK      UNSECURED         NOT FILED         .00          .00
DIRECT MERCHANTS BANK      NOTICE ONLY       NOT FILED         .00          .00
DIRECT TV                  UNSECURED         NOT FILED         .00          .00
DIRECT TV                  NOTICE ONLY       NOT FILED         .00          .00
DISCOVER                   UNSECURED         NOT FILED         .00          .00
FORD FINANCE               UNSECURED         NOT FILED         .00          .00
HOME DEPOT                 UNSECURED         NOT FILED         .00          .00
HSBC CARD SERVICES         UNSECURED         NOT FILED         .00          .00
JOLIET EMERGENCY CARE      UNSECURED         NOT FILED         .00          .00
SOUTH HILL MASONRY         UNSECURED         NOT FILED         .00          .00
SPRINT PCS                 UNSECURED         NOT FILED         .00          .00
TARGET NATIONAL BANK       UNSECURED         NOT FILED         .00          .00
TRAVELERS INSURANCE        UNSECURED         NOT FILED         .00          .00
US BANK                    UNSECURED         NOT FILED         .00          .00
WASHINGTON MUTUAL CARD S   UNSECURED         NOT FILED         .00          .00
WASHINGTON MUTUAL CARD S   UNSECURED         NOT FILED         .00          .00
WASHINGTON MUTUAL CARD S   NOTICE ONLY       NOT FILED         .00          .00
VOLKSWAGEN CREDIT SERV     NOTICE ONLY       NOT FILED         .00          .00
JEFF WHITEHEAD             DEBTOR ATTY           .00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14404 MICHAEL HERBST & KELLY HERBST
```

```
                              RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                              ---------------     ---------------
TOTALS                             .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/13/07            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE