```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14404
    MICHAEL HERBST
    KELLY HERBST                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2098    SSN XXX-XX-9236
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/09/07 and confirmed on 10/31/07.

2. The case was converted to Chapter 7 after confirmation, 03/17/2009.

3. The Debtor paid a total of $ 16222.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST FEDERAL SAVINGS BA | CURRENT MORTG | .00 | .00 | .00 |
| FIRST FEDERAL SAVINGS BA | MORTGAGE ARRE | 4509.15 | .00 | 4509.15 |
| TOWNES OF KIPLING ESTATE | SECURED | 2963.83 | .00 | 1600.00 |
| WILL COUNTY TREASURER | SECURED | 3985.00 | .00 | 3985.00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1381.72 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7291.39 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 9282.55 | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| SOUTH HILL MASONRY | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2506.28 | .00 | .00 |
| TRAVELERS INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MCMT LL | UNSECURED | 6449.27 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9815.15 | .00 | .00 |
| VW CREDIT | SECURED VEHIC | .00 | .00 | .00 |
| JEFF WHITEHEAD | REIMBURSEMENT | 50.00 | .00 | 50.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 3005.44 | .00 | 2245.29 |
| ILLINOIS DEPT REVENUE | UNSECURED | 494.76 | .00 | .00 |
| METROPOLITAN CAPITAL BAN | SECURED | .00 | .00 | .00 |

Summary of disbursements:

```
                       SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    11457.98      3055.44     37221.12           .00       51734.54
PRINCIPAL PAID        10094.15      2295.29          .00           .00       12389.44
INTEREST PAID              .00           .00         .00           .00             .00
TOTAL PAID            10094.15      2295.29          .00           .00       12389.44
```

The Debtor's attorney, JEFF WHITEHEAD                    , was allowed $   3000.00
and was paid $   3000.00 .

The Trustee received $    832.56 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/31/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE